[jiffyord] [Bench Order +]

ORDERED.

Dated: **July 11, 2019**

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: 

Edward Lee Williams
fka Cynthia June Walker
fka Cynthia June Hornblower
fka Cynthia June Hornblower
fka Cynthia June Hornblower

Cynthia June Williams−Walker

_____Debtor*_____/

Case No.
8:18−bk−08813−CPM
Chapter 13

**ORDER DENYING MOTION FOR RECONSIDERATION**

THIS CASE came on for hearing on July 10, 2019 , for consideration of the **Motion for Reconsideration** (Doc. **34** ), filed by **Debtor Edward Williams** .

For the reasons stated orally and recorded in open court, the Motion for Reconsideration is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Robert Geller is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.